IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS JONES,<br><br>               Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | CRIMINAL ACTION<br>NO. 12-314-1<br><br>CIVIL ACTION<br>NO. 19-1891 |

### ORDER

**AND NOW**, this 6th day of July 2021, upon consideration of Petitioner Marcus Jones' pro se Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 224), the Government's Response to Petitioner's Motion (Doc. No. 228), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 224) is **DENIED**.

2. A Certificate of Appealability **SHALL NOT** issue because "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong" and could not conclude that the Court is incorrect in denying and dismissing the Motion. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.