IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS JONES,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | CRIMINAL ACTION<br>NO. 12-314-1 |

**ORDER**

**AND NOW**, this 20th day of October 2026, upon consideration of Defendant's pro se Motion for Compassionate Release Under 18 U.S.C. § 3581(c)(2) (Crim. No. 12-314-1, Doc. No. 264), the Government's Response in Opposition (Doc. No. 265), Defendant's Reply in Support of the Motion for Compassionate Release (Doc. Nos. 267, 268), the Government's Supplemental Responses in Opposition (Doc. Nos. 301, 328), and Defendant's Amendment to the Motion (Doc. No. 311), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3581(c)(2) (Doc. No. 264) is **DENIED**.
2. Defendant's Amendment to the Motion for Compassionate Release (Doc. No. 311) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.